**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 96-11521

(Summary Calendar)
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

LOUIS DEE YOUNG, JR,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
For the Northern District of Texas
(3:95-CV-3135-R)

_____

January 14, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Louis Dee Young, Jr. appeals the district court's denial of
his motion to vacate, set aside, or correct his sentence pursuant
to 28 U.S.C. § 2255.  Young argues that *Lopez v. United States*, 514
U.S. 549, 115 S. Ct. 1624, 131 L.Ed.2d 626 (1995), has invalidated

_____

[*]    Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

his conviction, that federal jurisdiction was lacking because he was not arrested on federally-owned land, that the indictment against him was defective, that the trial court delivered improper jury instructions, and that counsel was ineffective at trial and on appeal.

We have reviewed the record and the parties' briefs.  We find no reversible error.

AFFIRMED.